

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

'22 OCT 13 P 1:07

CAROL L. MICHEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SEALED FELONY**

INDICTMENT FOR VIOLATIONS OF THE FEDERAL
CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 22-226 |
| v. | * | SECTION: SECT. MMAG. 1 |
| TYRIN WILTZ<br>SAMEKA BUXTON | * | VIOLATIONS: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 841(b)(1)(D)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>18. U.S.C. § 932(b)(c) |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1
(Possession with Intent to Distribute Controlled Substances)

On or about September 21, 2022, in the Eastern District of Louisiana, the defendants, **TYRIN WILTZ** and **SAMEKA BUXTON,** did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of methylenedioxymethamphetamine, that is, MDMA, a Schedule I controlled substance; a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance; a quantity of a mixture or substance containing a detectable amount of

√ Fee   USA
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc.No._____

Oxycodone, a Schedule II controlled substance, and a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and (b)(1)(D).

## COUNT 2
(Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about September 21, 2022, in the Eastern District of Louisiana, the defendants, **TYRIN WILTZ** and **SAMEKA BUXTON**, did knowingly possess firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: Possession with the Intent to Distribute Controlled Substances, as charged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
(Felon in Possession of a Firearm)

On or about September 21, 2022, in the Eastern District of Louisiana, the defendant, **TYRIN WILTZ**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a felony conviction from Orleans Parish Criminal District Court, Case Number 545-144 "J," for Possession with Intent to Distribute Methamphetamine, in violation of LA-R.S. 40:967(B)(1); Illegal Carrying of a Weapon with a Controlled Dangerous Substance, in violation of LA-R.S. 14:95(E); the LA Racketeering Act, in violation of LA R.S. 15:1353; Possession with Intent to Distribute Marijuana, in violation of LA R.S. 40:966(A)(2); Possession with Intent to Distribute Alprazolam, in violation of LA R.S. 40:969(B); and Possession of Methylenedioxymethamphetamine, in violation of LA R.S. 40:966(A)(2); did knowingly and intentionally possess firearms, to wit: a Glock model 30, .45 caliber semi-automatic pistol, bearing serial number BXHU193; a Glock model 23, .40 caliber semi-automatic pistol, bearing serial number BSYK624; an Anderson Manufacturing model AM-15, multi-caliber rifle, bearing serial

number 20231442; a Glock model 22, Generation ("Gen") 4, .40 caliber semi-automatic pistol, bearing serial number LASP0764; a Glock model 44, .22 caliber semi-automatic pistol, bearing serial number AEES863; and a Glock model 23, .40 caliber semi-automatic pistol, bearing serial number ABNK426, said firearms having been in and affecting interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
(Straw Purchasing of Firearms)

On or about July 16, 2022, in the Eastern District of Louisiana, the defendant, **SAMEKA BUXTON**, did knowingly purchase firearms, in or affecting interstate or foreign commerce, to wit: a Glock model 30, .45 caliber semi-automatic pistol, bearing serial number BXHU193 and a Glock model 22, Generation ("Gen") 4, .40 caliber semi-automatic pistol, bearing serial number LASP0764, for and on behalf of Tyrin Wiltz, who the defendant knew or had reasonable cause to believe was prohibited from receiving a firearm under 18 U.S.C. § 922(d)(1), and knew or had reasonable cause to believe that Tyrin Wiltz intended to use, possess, and dispose of the firearms in furtherance of a drug trafficking crime; all in violation of Title 18, United States Code, Section 932(b)(1), (b)(2), (c)(1) and (c)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 4 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendants, **TYRIN WILTZ** and **SAMEKA BUXTON**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any

manner or part to commit or to facilitate the commission of said offense, including but not limited to any of the following:

> $15,618.00 in Unites States currency;
>
> $14,895.00 in United States currency;
>
> $81,718.00 in United States currency
>
> $22,040.00 in United States currency.

3. As a result of the offenses alleged in Counts 2 and 3, the defendants, **TYRIN WILTZ** and **SAMEKA BUXTON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

> Glock model 30, .45 caliber semi-automatic pistol, bearing serial number BXHU193;
>
> Glock model 23, .40 caliber semi-automatic pistol, bearing serial number BSYK624;
>
> Anderson Manufacturing model AM-15, multi-caliber rifle, bearing serial number 20231442;
>
> Glock model 22, Generation ("Gen") 4, .40 caliber semi-automatic pistol, bearing serial number LASP0764, containing an unknown number of live rounds of ammunition and Glock switch;
>
> Glock model 44, .22 caliber semi-automatic pistol, bearing serial number AEES863, containing an unknown number of live rounds of ammunition;
>
> Glock model 23, .40 caliber semi-automatic pistol, bearing serial number ABNK426, containing an unknown number of live rounds of ammunition;
>
> Multiple live rounds of assorted caliber ammunition;
>
> Multiple Glock brand, .40 caliber, and 5.56 mm magazines;

4

Assorted firearm parts and accessories.

3. If any of the above-described property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.



INGA PETROVICH
Assistant United States Attorney
Louisiana Bar Roll No. 31284

New Orleans, Louisiana
October 13, 2022

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

\_\_\_Eastern\_\_\_ District of \_\_\_Louisiana\_\_\_

\_\_\_Criminal\_\_\_ Division

## THE UNITED STATES OF AMERICA

vs.

**TYRIN WILTZ**
**SAMEKA BUXTON**

## INDICTMENT

FOR VIOLATIONS OF THE
FEDERAL CONTROLLED SUBSTANCES ACT AND
FEDERAL GUN CONTROL ACT

**VIOLATIONS:**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(D)
18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 932(b)(c)

Filed in open court this _____ day of _____ A.D. 2022.

_____
Clerk

Bail, $ _____

_signature_

**INGA PETROVICH**
Assistant United States Attorney