UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 22-226** |
| v. | * | **SECTION: "M"** |
| **SAMEKA BUXTON** | * | |

\* \* \*

## FACTUAL BASIS

Defendant **SAMEKA BUXTON** ("**BUXTON**") has decided to enter a plea of guilty to Counts One and Two of the Superseding Bill of Information in the above-captioned matter. Count One charges **BUXTON** with possession with the intent to distribute a quantity of methamphetamine and a quantity of marijuana, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(C), and (b)(1)(D). Count Two charges **BUXTON** with straw purchasing of firearms, in violation of Title 18, United States Code, §§ 932(b)(1), (b)(2), (c)(1) and (c)(2). The facts outlined herein occurred within the jurisdiction of the Eastern District of Louisiana. Should this matter have proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt through credible testimony and reliable evidence:

On Monday, May 23, 2022, at approximately 3:49 p.m., the NOPD ("New Orleans Police Department") responded to an aggravated battery by shooting at a residence in the 4400 block of St. Roch Avenue, New Orleans, Louisiana 70122[1]. In that incident, one person was shot multiple times and left in critical condition. In the follow-up investigation, NOPD detectives developed Tyrin Wiltz ("WILTZ") as the suspect in the shooting. On September 16, 2022, Orleans Parish

---

[1] This incident is recorded under NOPD Item Number E-25280-22.

AUSA
Defendant
Defense Counsel

Criminal District Court Magistrate Commissioner Brigid Collins authorized an arrest warrant for WILTZ for Attempted Second Degree Murder, in violation of Louisiana Revised Statute 14:(27)30.1.

WILTZ was discovered to have additional warrants for his arrest and investigators began to determine his location to effectuate his arrest. Through investigative means, detectives assisting on the attempted murder case from May 23, 2022, developed a possible address of 301 Spartan Drive, Apartment 303, Slidell, LA 70458, where WILTZ was residing. That apartment is inside the Canterbury House Apartments complex. Detectives also learned that WILTZ was the registered owner of a 2022 blue Audi Q3, bearing Texas license plate RNH1230, and Vehicle Identification Number ("VIN") WA1EECF36N1083892. Notably, the assigned license plate for that vehicle is LA license plate 918FMJ. A computer query of the switched TX license plate in the law enforcement database, Thinkstream, showed the TX license plate to be assigned to a 2018 gray Jeep, bearing VIN 1C4RJEAGXJC223420. On September 21, 2022, at approximately 4:40 a.m., investigators located WILTZ's blue 2022 Audi Q3 parked in the parking lot of 301 Spartan Drive.

On September 21, 2022, at approximately 5:37 a.m., members of the United States Marshal Service ("USMS") located WILTZ inside of Apartment 303, located at 301 Spartan Drive, Slidell, LA 70458. Despite repeated verbal commands to exit the apartment, WILTZ refused to exit the apartment and be taken into custody. Also inside of the apartment with WILTZ was Sameka Buxton ("BUXTON"), WILTZ's girlfriend, and her two juvenile children. The apartment was leased in BUXTON's name. WILTZ remained inside the apartment with BUXTON and the juvenile children, ages approximately 8 and 11 years old, for two and one-half hours.

AUSA
Defendant
Defense Counsel

After WILTZ barricaded himself inside of the apartment and refused to exit, a search warrant for the apartment was obtained and signed on September 21, 2022, at 6:41 a.m. Additionally, a search warrant was obtained for the 2022 blue Audi Q3, bearing TX license plate RNH1230, and VIN WA1EECF36N1083892, parked in the parking lot of 301 Spartan Drive, Slidell, LA 70458 at 7:11 a.m.

On September 21, 2022, at approximately 8:21 a.m., **BUXTON** and her two juvenile children exited the apartment carrying a "sling" or "cross-body" style bag. Those bags were frisked by a member of the USMS for weapons upon them exiting the apartment. One of those bags, a yellow, black, and brown camouflage pattern bag, contained $15,618 in U.S. currency and two clear plastic bags of marijuana weighing 21.50 grams. The other bag, a black in color Justice Sport brand bag, contained $14,895 in U.S. currency. After the approximately three-hour stand-off and after **BUXTON** and the children exited the residence, WILTZ surrendered to the U.S. Marshals.

On September 21, 2022, at approximately 8:44 a.m., members of law enforcement executed the search warrant on Apartment 303. Most of firearms located inside of the apartment were in several pieces and scattered in different places throughout the apartment, including one of the Glock slides being found inside the liner of the ottoman in the living room, and two of the Glock frames being found underneath the washing machine. One of the firearm barrels was never located.

The following items were located inside of the apartment:

- Glock brand, model 30, .45 caliber semi-automatic pistol, bearing serial #BXHU193

AUSA
Defendant
Defense Counsel

- Glock brand, model 23, .40 caliber semi-automatic pistol, bearing serial #BSYK624
- Multiple Glock brand magazines in .45 and .40 calibers, as well as other firearm parts and accessories
- Multiple live rounds of ammunition in .45, .40, and .22 calibers, with one .45 caliber live round found in the toilet
- Four plastic bags each containing marijuana with a net weight of 86.70 grams
- Total of $81,718 in US currency located inside of the apartment at various locations

FBI personnel received information after the search was conducted of additional U.S. currency hidden inside of the apartment. With apartment management present, a secondary search of the apartment was conducted for that U.S. currency, and $22,040 was located concealed within sofa cushions. In total, between the search of the apartment and "sling" or "cross-body" style bags that the juveniles were in possession of, a total of $134,271 was seized as evidence.

At approximately 10:55 a.m., members of law enforcement executed the search warrant on the 2022 blue Audi Q3, bearing TX license plate RNH1230, and VIN WA1EECF36N1083892. Several items, including narcotics and weapons, were located inside of the vehicle, including:

- Anderson Manufacturing brand, model AM-15, multi-caliber rifle, bearing serial #20231442
- Glock brand, model 22, Generation 4, .40 caliber semi-automatic pistol, bearing serial #LASP0764, with a magazine containing an unknown number of live rounds of ammunition
- Glock brand, model 44, .22 caliber semi-automatic pistol, bearing serial #AEES863, with a magazine containing an unknown number of live rounds of ammunition
- Glock brand, model 23, .40 caliber semi-automatic pistol, bearing serial #ABNK426, with

4

AUSA
Defendant
Defense Counsel

a magazine containing an unknown number of live rounds of ammunition

- Multiple .40 caliber and 5.56 mm magazines
- Multiple live rounds of ammunition in .40 caliber and 5.56 mm
- Three (3) sealed glass containers labeled "Baby Jeeter" containing pre-rolled suspected marijuana cigarettes
- Seven (7) vacuum-sealed plastic bags containing vegetable matter weighing 5.28 lbs. and one (1) clear plastic bag containing vegetable matter suspected to be marijuana weighing 0.52 lbs.
- Royal Sovereign bill counter, model RBC-E105-ADBK
- A black AWS brand digital scale
- Other narcotics paraphernalia including multiple clear plastic bags and one (1) unsealed one (1) ounce ("oz.") plastic bottle of Vita Blend Mannitol

Additionally, WILTZ was live streaming on Instagram while inside of the residence. Investigators were able to follow the live stream of WILTZ's account and captured several videos. WILTZ makes several remarks on how many law enforcement units are outside of the residence. **BUXTON** can also be seen in the videos.

Following her arrest, **BUXTON** was read her *Miranda* warnings and elected to make a statement to investigators. **BUXTON** claimed ownership of one of the firearms found inside of the residence. Investigators later learned through tracing the weapon that **BUXTON** purchased two of the firearms at a gun show on July 16, 2022. One of the firearms was located inside of the residence and the other firearm was located inside the vehicle. Additionally, **BUXTON** stated that she met WILTZ earlier in the year because he was her marijuana dealer and sold her marijuana.

5

AUSA ___
Defendant ___
Defense Counsel ___

She did not state at any time that she was threatened or under duress during the time inside the residence, and in the live Instagram footage she did not seem to be under any duress.

On December 14, 2022, the NOPD's Crime Lab issued a report of the analysis of the narcotics found in **BUXTON**'s apartment. Specifically, the results indicate that one Ziplock bag containing numerous multicolored tablets, pieces, and powder (Exhibit 1B9) tested positive for methamphetamine with a total net weight of 8.27 grams. Additionally, the marijuana located inside the residence tested positive for marijuana with a total net weight of 86.70 grams (Exhibit 1B6). Finally, the marijuana located in the sling" or "cross-body" style bag tested positive for marijuana with a total net weight of 21.50 grams (Exhibit 1B2). **BUXTON** jointly possessed these items with WILTZ, both having the intent to distribute them, as evidenced by the quantity of drugs and the large sums of money.

Further, regarding Count 2 of the Superseding Bill of Information, on July 16, 2022, **BUXTON** knowingly purchased five firearms. Two of the firearms were located during the search of her apartment and WILTZ's vehicle on September 21, 2022. Specifically, investigators located a Glock model 30, .45 caliber semi-automatic pistol, bearing serial number BXHU193, in **BUXTON's** apartment and located a Glock model 22, Generation ("Gen") 4, .40 caliber semi-automatic pistol, bearing serial number LASP0764, in WILTZ's vehicle. **BUXTON** knowingly purchased these firearms for and on behalf of WILTZ. **BUXTON** knew or had reasonable cause to believe WILTZ was prohibited from receiving a firearm under 18 U.S.C. § 922(d)(1). Finally, **BUXTON** knew or had a reasonable cause to believe that WILTZ intended to use, possess, and dispose of the firearms in furtherance of a drug trafficking crime. Finally, the listed firearms are "firearms," meaning it will or is designed to or may readily be converted to expel a projectile by

6

AUSA
Defendant
Defense Counsel

the action of an explosive as defined in 18 United States Code Section 921(a)(3).  Additionally, the firearms were examined by an agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, and were determined to have been shipped and transported in interstate commerce prior to being purchased by **BUXTON**.

Through this factual basis, **BUXTON** admits that the methamphetamine and marijuana located pursuant to this investigation and charged in the Superseding Bill of Information were not for personal use and were intended for distribution.  Those two substances have been analyzed and tested and confirmed to contain a quantity of marijuana and methamphetamine.

AUSA
Defendant
Defense Counsel

**Limited Nature of Factual Basis**

This proffer of evidence is not intended to constitute a complete statement of all facts, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this factual basis is to demonstrate that there exists a sufficient legal basis for **BUXTON's** plea of guilty to the charged offenses.

**READ AND APPROVED**:

_____  3/16/23
INGA C. PETROVICH                    Date
Assistant United States Attorney


_____  3/15/23
GWYNETH O'NEILL                     Date
Counsel for Sameka Buxton


_____  3.15.23
SAMEKA BUXTON                       Date
Defendant